# United States Court of Appeals
# for the Federal Circuit

———————————

April 2, 2013

**ERRATA**

———————————

**WILLIAM GRONER,**
*Claimant-Appellant,*

**v.**

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

———————————

2012-7072

———————————

Decided April 1, 2013
Nonprecedential Order

———————————

Please make the following change:

Page 1, correct "Note: This disposition is nonprecedential"